No. 00–6817. Bailey v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 00–6819. Baxter v. Williams, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 00–6820. Martinez v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00–6821. Phillips v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 00–6823. Lozano v. Supreme Court of California et al. C. A. 9th Cir. Certiorari denied.

No. 00–6826. Boppre v. Hopkins, Warden. C. A. 8th Cir. Certiorari denied.

No. 00–6829. Deskovic v. Mann, Superintendent, Shawangunk Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 00–6834. McBride v. Sikes, Warden. C. A. 11th Cir. Certiorari denied.

No. 00–6836. Williams v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–6838. Davidson v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00–6839. Carson v. Gomez, Warden, et al. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–6841. Sadler v. Michigan. Ct. App. Mich. Certiorari denied.

No. 00–6842. Sass v. California. Sup. Ct. Cal. Certiorari denied.

No. 00–6844. Burt v. Time Warner, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 00–6845. Wright v. Florida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.